IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:21-CV-00070-M

| | | |
|---|---|---|
| TRACI VESTAL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NORTH WAKE EYE CARE and | ) | |
| STEPHEN MERCKLE, | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants North Wake Eye Care, Dr. Stephen J Merckle, O.D., P.a. (named as "North Wake Eye Care") (hereinafter "NWEC") and Stephen Merckle, O.D.'s (named as "Stephen Merckle") (hereinafter "Dr. Merckle") (collectively "Defendants") Motion to Dismiss [DE-17] filed on May 26, 2021. A letter docketed on May 26, 2021, was sent to pro se Plaintiff notifying her of the motion's filing and that a response was required [DE-19]. The deadline to file a response to the motion, June 19, 2021, has passed, and, as of the date of this order, Plaintiff still has not filed a response. As a result, the Motion to Dismiss [DE-17] is GRANTED. *See Osborne v. Long*, No. 1:11-cv-00070, 2012 WL 851106, at *10 n.5 (S.D. W. Va. Mar. 13, 2012) (referencing authority, including from the First, Third, and DC Circuits, for the proposition that federal courts may grant a motion to dismiss without reaching the merits on the grounds that the plaintiff's failure to respond operates as a concession to that motion or that dismissal is appropriate as a sanction for failure to prosecute). The court DIRECTS the Clerk of Court to send a copy of this Order to counsel of record and any unrepresented party and to close the case.

SO ORDERED this the 7th day of July, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE